AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

ALPINE PET OPCO LLC,

*Plaintiff(s)*

v.

ELEVAYZ LLC D/B/A GRANDIOSEGOODS,

*Defendant(s)*

Civil Action No. 1:26-cv-01037-UNA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ELEVAYZ LLC D/B/A GRANDIOSEGOODS
c/o A Registered Agent, Inc.
8 The Green, Ste A
Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronald P. Golden III, Bayard, P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT DISTRICT OF DELAWARE

CLERK OF COURT

Date: 8/14/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Elevayz LLC D/B/A Grandiosegoods

was received by me on *(date)* 8/14/2026 at 3:15 pm .

❒ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Megan Smith , who is designated by law to accept service of process on behalf of *(name of organization)* A registered Agent, Inc by accepting as authorized person on *(date)* 08/14/2026 ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/14/26

[signature]
*Server's signature*

Tina Irizarry/Process Server
*Printed name and title*

Parcels, Inc. 1111B South Governors Avenue
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset